UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY R. MCMILLAN,<br><br>                              Plaintiff,<br><br>         -against-<br><br>AMERICAN EXPRESS COMPANY; THE BANK OF NEW YORK MELLON,<br><br>                              Defendants. | 24cv5684 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 10, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   February 11, 2025
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge